Doe v Matta (2025 NY Slip Op 05879)

Doe v Matta

2025 NY Slip Op 05879

Decided on October 23, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: October 23, 2025

Before: Manzanet-Daniels, J.P., Moulton, Scarpulla, González, Michael, JJ. 

Index No. 161657/23|Appeal No. 5024|Case No. 2024-05303|

[*1]"John Doe," Plaintiff-Appellant,
v
Raymond Matta, Defendant-Respondent.

The Wilder Law Firm, New York (Nicholas J. Wilder of counsel), for appellant.
Shaub, Ahmuty, Citrin & Spratt LLP, Lake Success (Nicholas Tam of counsel), for respondent.

Appeal from order, Supreme Court, New York County (Dakota D. Ramseur, J.), entered on or about July 15, 2024, which, to the extent appealed from as limited by the briefs, granted defendant's motion to strike certain factual allegations from the complaint pursuant to CPLR 3024 (b), unanimously dismissed, without costs.
Denial of a motion to strike allegations pursuant to CPLR 3024(b) is not appealable as of right (CPLR 5701 [b] [3]). Accordingly, the appeal is dismissed (see IDX Capital, LLC v Phoenix Partners Group LLC, 72 AD3d 576, 576 [1st Dept 2010]). Given that defendant has raised the question of appealability, we do not reach the issue of whether the motion court providently exercised its discretion in striking certain portions
of the complaint (see Davis v Richmond Capital Group, LLC, 194 AD3d 516, 518 [1st Dept 2021]).THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: October 23, 2025